PAUL S. ZUCKERMAN (State Bar No. 155539)
SARK OHANIAN (State Bar No. 208905)
CARPENTER, ZUCKERMAN & ROWLEY
8827 West Olympic Blvd.
Beverly Hills, CA 90211
Telephone: (310) 273-1230

Attorney for Plaintiff
CECILIA AVALOS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA AVALOS, an individual, | CASE NO.: C13-5389 HRL |
| Plaintiff, | STATE CASE NO. BC508750 |
| vs. | **PLAINTIFF CECILIA AVALOS' NOTICE OF SETTLEMENT** |
| TARGET CORPORATION, a Minnesota Corporation, and Does 1 through 50, | |
| Defendants. | MSJ Date: 09/02/2014
Pretrial Conference: 10/28/2014 |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

The plaintiff hereby informs the Court that on Thursday, July 31, 2014, counsel in the above-referenced matter reached a settlement.

Given the number of pending court hearings, the plaintiff files this notice in advance of execution of the settlement agreement, so that further judicial resources are not unnecessarily expended.

DATED: August 5, 2014          CARPENTER, ZUCKERMAN & ROWLEY, LLP


By: /s/ *Sark Ohanian*
JOHN C. CARPENTER, ESQ.
SARK OHANIAN, ESQ.
Attorneys for Plaintiff,
CECILIA AVALOS

# PROOF OF SERVICE
## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 801 South Figueroa Street, 15th Floor, Los Angeles, California 90017.

On August 4, 2014 I served the document described as **PLAINTIFF CECILIA AVALOS' NOTICE OF SETTLEMENT** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

Gail Trabish, Esq.
BOORNAZIAN JENSEN & GARTHE
555 12th Street, Suite 1800
Oakland, CA 94607
Telephone: (510) 834-4350
Facsimile: (510) 839-1897


Attorneys for Defendant,
TARGET CORPORATION


☒ **(BY MAIL)** I caused such envelope to be deposited in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I placed such envelope with postage thereon prepaid in the United States mail at Los Angeles, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **(FEDERAL)** I declare under penalty of perjury under the laws of the United States of America, that the above is true and correct.

Executed on August 4, 2014 at Los Angeles, California.

By: /s/ *Veronica Bustos*
Veronica Bustos