**United States District Court**
For the Northern District of California

***E-Filed: September 4, 2014***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CECILIA AVALOS,<br><br>        Plaintiff,<br>   v.<br><br>TARGET CORPORATION and DOES 1 through 50,<br><br>        Defendants.<br>_____/ | No. C13-05389 HRL<br><br>**ORDER CONTINUING SEPTEMBER 9, 2014 HEARING** |

On August 5, 2014, Plaintiff filed a Notice of Settlement of this action. The court issued an Order to Show Cause Re: Settlement, setting a hearing for September 9, 2014. On September 2, 2014, the parties filed a Joint Statement Re: Order to Show Cause for Dismissal, requesting that this action be dismissed in 21 days.

The September 9, 2014 hearing is continued to **September 30, 2014, at 10:00 a.m.**, in Courtroom 2, Fifth Floor, 280 South First St., San Jose CA 95113. All parties shall appear on September 30, 2014, and show cause, if any, why this case should not be dismissed. The parties shall file a Joint Statement no later than **September 23, 2014**. The joint statement shall state (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is needed to finalize the settlement and file a dismissal. If, however, a dismissal is filed before

///

///

1  the hearing date, the Show Cause hearing will be automatically vacated and no statement will be
2  required.
3  **IT IS SO ORDERED.**
4  Dated:  September 4, 2014



HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C13-05389 HRL** N**otice will be electronically mailed to:**

Gail C. Trabish     gtrabish@bjg.com, bbruessard@bjg.com

Michael L. Rossi    michael.rossi@cco.sccgov.org, tam.lobach@cco.sccgov.org

Sark Ohanian     sark@czrlaw.com, carlos@czrlaw.com, rmendoza@czrlaw.com, veronica@czrlaw.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**