Paul S. Zuckerman, Esq. (State Bar No. 155539)
Sark Ohanian, Esq. (State Bar No. 208905)
CARPENTER, ZUCKERMAN & ROWLEY
8827 West Olympic Blvd.
Beverly Hills, CA 90211
Telephone: (310) 273-1230
sark@czrlaw.com

Attorney for Plaintiff, CECILIA AVALOS


Gail Trabish, Esq. (State Bar No. 103482 )
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
Oakland, California 94607
Telephone: (510) 834-4350
Facsimile:  (510) 839-1897
gtrabish@bjg.com

Attorney for Defendant, TARGET CORPORATION

*E-Filed: September 25, 2014*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA AVALOS, an individual, | CASE NO.: C13-5389 HRL |
| Plaintiff, | STATE CASE NO.  BC508750 |
| vs. | **STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER** |
| TARGET CORPORATION, a Minnesota Corporation, and Does 1 through 50, | |
| Defendants. | MSJ Date:  09/02/2014<br>Pretrial Conference: 10/28/2014 |

**IT IS HEREBY STIPULATED** by and between Plaintiff, CECILIA AVALOS, and through her attorney of record, Sark Ohanian, Esq., and Defendant, TARGET CORPORATION, by and through its attorney of record Gail C. Trabish, Esq., that plaintiff will dismiss, with prejudice, Defendant TARGET CORPORATION pursuant to F.R.C.P. 41(a)(1), with each party to bear its own costs and attorney's fees.

**IT IS SO STIPULATED**.

DATED: September 25, 2014   CARPENTER, ZUCKERMAN & ROWLEY, LLP

By: /s/ *Sark Ohanian*
JOHN C. CARPENTER, ESQ.
SARK OHANIAN, ESQ.
Attorneys for Plaintiff,
CECILIA AVALOS

DATED: September 25, 2014   BOORNAZIAN, JENSEN & GARTHE

By: /s/ *Gail Trabish*
GAIL TRABISH, ESQ.
Attorneys for Defendant,
TARGET CORPORATION

## SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-1(i), I, Sark Ohanian, certify that the content of this document is acceptable to me and that my office has obtained counsel for Target Corporation, Gail Trabish's authorization to affix her electronic signature to this document.

## ORDER

Pursuant to stipulation, **IT IS SO ORDERED**.

DATED: September 25, 2014

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE
## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 801 South Figueroa Street, 15th Floor, Los Angeles, California 90017.

On September 25, 2014 I served the document described as **STIPULATION FOR DISMISSAL AND [PROPOSED]** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

Gail Trabish, Esq.
BOORNAZIAN JENSEN & GARTHE
555 12th Street, Suite 1800
Oakland, CA 94607
Telephone: (510) 834-4350
Facsimile: (510) 839-1897


Attorneys for Defendant,
TARGET CORPORATION

☒        **BY CM/ECF FILING SYSTEM**

I certify that on September 25, 2014, a copy of the document identified above was filed electronically and served on all parties to this action by operation of the Court's electronic filing system or by U. S. Mail to anyone unable to accept electronic service. Parties may access this filing through the Court's CM/ECF System.  I further believe the appropriate physical and email address for service on the parties on the parties is as follows:

☒        **(FEDERAL)** I declare under penalty of perjury under the laws of the United States of America, that the above is true and correct.

Executed on September 25, 2014 at Los Angeles, California.

By: /s/*Robert Mendoza*
        Robert Mendoza